**Dismissed and Opinion Filed May 2, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00329-CV

## IN THE INTEREST OF C.J.W., M.P.W. AND J.W., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-01371**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

On April 9, 2024, we sent a letter to the parties questioning our jurisdiction because it appears the judgment is not final and is not an appealable interlocutory order. We directed appellant to file a letter brief addressing our jurisdictional concern no later than April 19, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

240329f.p05

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF C.J.W., M.P.W. AND J.W., CHILDREN

No. 05-24-00329-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-22-01371. Opinion delivered by Justice Kennedy. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 2nd day of May, 2024.